08 FEB 13 PM 5:06

BY: _____ DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

January 2007 Grand Jury    08CR 0368 JLS

| UNITED STATES OF AMERICA, | ) Criminal Case No. _____ |
|---|---|
| Plaintiff, | ) <u>I N D I C T M E N T</u> |
| v. | ) Title 8, U.S.C., |
| | ) Sec. 1324(a)(2)(B)(ii) - |
| RODOLFO VASQUEZ-GONZALEZ, | ) Bringing in Illegal Aliens for |
| | ) Financial Gain; Title 18, U.S.C., |
| Defendant. | ) Sec. 2 - Aiding and Abetting; |
| | ) Title 8, U.S.C., |
| | ) Secs. 1324(a)(1)(A)(iii) and |
| | ) (v)(II) - Harboring Illegal Aliens |
| | ) and Aiding and Abetting |

The grand jury charges:

<u>Count 1</u>

On or about November 8, 2007, within the Southern District of California, defendant RODOLFO VASQUEZ-GONZALEZ, with the intent to violate the immigration laws of the United States, knowing and in reckless disregard of the fact that an alien, namely, Lizbeth Bojorquez-Salazar, had not received prior official authorization to come to, enter and reside in the United States, did bring to the United States said alien for the purpose of commercial advantage and private financial gain; in violation of Title 8, United States Code, Section 1324(a)(2)(B)(ii), and Title 18, United States Code, Section 2.

DDL:jam:Imperial
2/12/08

Count 2

On or about November 8, 2007, within the Southern District of California, defendant RODOLFO VASQUEZ-GONZALEZ, with the intent to violate the immigration laws of the United States, knowing and in reckless disregard of the fact that an alien, namely, Lizbeth Bojorquez-Salazar, had come to, entered and remained in the United States in violation of law, did conceal, harbor and shield from detection or attempt to conceal, harbor and shield from detection such alien in any place, including any building located at 739 First Street, Apartment A, Calexico, California; in violation of Title 8, United States Code, Sections 1324(a)(1)(A)(iii) and (v)(II).

DATED: February 13, 2008.

A TRUE BILL:

_____
Foreperson

KAREN P. HEWITT
United States Attorney

By: _____
CARLA J. BRESSLER
Assistant U.S. Attorney